# Docket No. 2:
# Plaintiff's initial Complaint

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

12 CV 7874

Bishop Frank Best
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

#2

-against-

A.C.S. and Lutheran Social
Services and Episcopal Social
Service
_____
_____
_____
_____
_____

**COMPLAINT**

Jury Trial:   ☒ Yes   ☐ No
          (check one)

RECEIVED
OCT 22 2012
PRO SE OFFICE

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name    Bishop Frank Best
           Street Address   13179 Farmers Blvd
           County, City   Queens, New York
           State & Zip Code   New York, Zip 11434
           Telephone Number   347-416-7138

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 05/2010*

Defendant No. 1   Name __A.C.S.__
Street Address __150 Williams Street__
County, City __New York City__
State & Zip Code __New York Zip 10007__
Telephone Number _____

Defendant No. 2   Name __Lutheran Social Services__
Street Address __475 Riverside Drive__
County, City __New York City__
State & Zip Code __New York, Zip 10025__
Telephone Number _____

Defendant No. 3   Name __Episcopal Social Services__
Street Address __500 Bergen Street__
County, City __Bronx New York__
State & Zip Code __New York__
Telephone Number _____

Defendant No. 4   Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions         ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __under 28 U.S.C. #1331__

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __NO__
Defendant(s) state(s) of citizenship _____

Rev. 05/2010

Part two of Injuries

A.C.S. didn't Remove children want to know why. Foster Mother made her self and her 26 years old son God mother and God Father with Birth mother help Melvina Grace. Found Birth mother of children in Bronx with out my children Some man had my son and Daughter around the corner with his mouth busted open and running fever mother toll man to Run away fast baby father gave him Keys to her house. foster mother covered up my son Injuries and Lied. Reported to police at 53 pct in the Bronx nothing done. foster mother gave my children to Melvina Grace to go to Adult party at 10:00 at night Birth mother Almost broke my baby Arm subway elevator closed on Arm. one year old my son is three year's old more covered it up. foster mother took children to new Jersey without my permission. Then went on vacantion left my children with Grandmother house. Baby was Almost Blinded had to be Rushed to Jamaica Hospital in Queen's New York. On memorial Day took my children ▮▮▮▮▮ and ▮▮▮▮▮ out of city of New York without my permission and Burned ▮▮▮▮▮ Now in Kinship foster care at Grandmothers house. On her Left Arm and said Valerie Howard and Birth mother Lied and said it was Exmura on Arm. I Bishop Frank Best took her to Burn center at Cornell presbyterian Hospital it is A second degree Burn with Blostting. ▮▮▮ was bitten by bedbugs at Birth mother's house and getting Disease at mothers house from Hiv be in mother Bed. Melvina Grace Don't have no children in Sleeping in bed with her.

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? IN Queens N.Y. 11416

B. What date and approximate time did the events giving rise to your claim(s) occur? Dec. 21 2009 About 5:00pm at A.C.S. office IN Queens

C. Facts: *[What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?]* Accident hit my step sons mouth with my foot did no damage to him. Mother toll children to lie to A.C.S, she was having sex with A woman and wanted me out of house. Now mother of children sex attic in program in ON 26 street N.Y. cp A.C.S. worker Theresa Johnson came to house and toll me and my children mother to bring children to A.C.S office, so we did, when there Ms. Johnson of A.C.S toll us we had to sign this letter or we would be in trouble, so we signed then they said we had to let them take children in. On the 22 of Dec. they said we or I wanted them take my children in, I gave them my children, A.C.S. made me sign.

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. A.C.S took my children in to foster care and are still in. My Daughter in foster care was burned with a hot iron and covered up by A.C.S. and foster mother ▬▬▬▬ three weeks didn't see my son and Daughter Episcopal service never told me about burn, my Daughter was supose to be remove out of foster mother house when thing like this happen

V.  Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _Return my children to me and ANY Amount court Deems just and Fair._

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22 day of Oct, 2012

Signature of Plaintiff _Bishop Frank Best_
Mailing Address _13149 Farmers Blvd_
_Springfield Garden_
_Queens New York 11434_
Telephone Number _347-416-7138_
Fax Number (if you have one) _NONE_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this ~~~~ day of ~~~~, 20~~, am delivering this complaint to prison authorities to be mailed to the _Pro Se_ Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _NO_
Inmate Number

Rev. 05/2010

# NewYork-Presbyterian
The University Hospital of Columbia and Cornell

*pick up*

&RUS

674-522-80   1195

## AUTHORIZATION TO DISCLOSE PROTECTED HEALTH INFORMATION/MEDICAL RECORDS

An additional authorization (NYS DOH-2557) is required for disclosures when your medical records contain information relating to Acquired Immunodeficiency Syndrome (AIDS), or Human Immunodeficiency Virus (HIV) including but not limited to test results and the fact that the test was taken.

247446

Patient Name: ___

Patient Address: ___
City ___ State ___ Zip Code ___

Patient Date of Birth: ___ / ___ / ___   Phone #: ( ___ )

Medical Record Number: ___   Maiden or Other Name: ___

I hereby authorize (check center) or other Healthcare Provider (specify):
☐ Columbia University Medical Center   ☐ Weill Cornell Medical Center   ☐ Westchester Division   ☐ Other ___

To release (check one)   ☐ Protected Health Information and/or   ☐ Sensitive Protected Health Information (see reverse side for definitions) pertaining to my:
☐ Hospital admission (date) ___/___/___   ☒ Outpatient visit (date) 6/1/2012
☑ Emergency Department visit (date) ___/___/___   ☐ Ambulatory/Outpatient admission (date) ___/___/___

I authorize disclosure of the following information from my medical record (check where applicable list type and date):
☐ Immunization ___   ☐ Lab Reports ___   ☐ Radiology and Imaging reports ___
☐ Discharge Summary ___   ☐ Clinical Documentation ___   ☐ Pathology Reports ___
☑ Other (describe) all records

From my medical records to:
Name of organization or person: Bishop Frank Best
Address: ___ Apt. # ___
City ___ State ___ Zip Code ___
Telephone (Area Code and Number): ___

Thur 6/7/12

The purpose(s) for which disclosure is authorized (check where applicable):
☐ Medical Care   ☐ Insurance   ☐ Immunization   ☐ Other (specify) ___

I understand that:
1. Treatment and payment will not be conditional on whether I provide Authorization for any requested disclosure by NewYork-Presbyterian Hospital.
2. I may inspect or receive a copy of the Protected Health Information described by this Authorization upon payment of a reasonable fee.
3. This Authorization is voluntary and that I have the right to refuse to sign it.
4. I may revoke this Authorization at any time by providing a written notice of revocation as specified by the Notice of Privacy Practice; however such revocation would not affect any action taken by NYPH in reliance on this Authorization before receipt of my written revocation.
5. This Authorization will expire on ___/___/___ (fill in date if less than 1 year) or 1 year after being signed.
6. The information disclosed pursuant to this Authorization, *except* information protected by Federal and/or State regulations about confidentiality of drug and alcohol abuse records, HIV and Mental Health, may be subject to re-disclosure by the recipient and no longer protected by federal privacy regulations or other applicable state or federal laws.
7. My medical records may contain genetic testing information including test results.
8. This authorization is also applicable to patients with drug or alcohol related diagnoses, protected by Title 42 of the Code of Federal Regulations. (see reverse side for description)

Bishop Frank Best
Signature of patient/personal representative (e.g., legal guardian)

Date 6/5/12

Father
If personal representative, relationship to patient, print name

538498 (9/08)

Witness or Notary (This Authorization must be notarized if information is being released to an attorney and/or court.)

