```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Bishop Frank BEST,

                        Plaintiff,                                  12-CV-07874 (RJS)(SN)

                -against-                                           OPINION AND ORDER

A.C.S., et al.,

                        Defendants.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2013

**SARAH NETBURN, United States Magistrate Judge:**

On April 5, 2013, *pro se* plaintiff Bishop Frank Best filed an amended complaint pursuant to the Court's March 21, 2013 Order. After reviewing the amended complaint, the Court believes that Best's filing is more properly understood as a supplemental pleading brought pursuant to Federal Rule of Civil Procedure 15(d). Thus, if defendants move to dismiss Best's case, they should address the October 22, 2012 complaint, (Docket Number ("Doc. No.") 2), and any pleadings in the April 5, 2013 filing, (Doc No. 49), that supplement the complaint.

The Clerk of Court is directed to alter Doc. No. 49 to reflect that it is a Supplemental Pleading, and not an Amended Complaint.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         April 8, 2013

cc:      Bishop Frank Best
         131-19 Farmers Blvd
         Queens, NY 11434