**United States District Court**
**SOUTHERN District of New York**
-----------------------------------------------------------X
**BISHOP FRANK BEST**

          Plaintiff (s),
          -against-
**NEW YORK CITY A.C.S., lutheran social service**
**Episcopal Social Service, New York City**
**Police Department and Teresa Johnson**

          Defendant (s)
-----------------------------------------------------------X

**AMENDED COMPLAINT**
**HABEAS CORPUS**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 5/15/13

## COMPLAINT

The Plaintiff, Bishop Frank Best pro-se, state that:

1. The Plaintiff herein is filing an Amended Complaint by a Habeas Corpus for defendants and the Famaily Court of the City of New York violation of his constitutional rights and of the Famaily Courts arbitrary and capricous actions to denie him his rights to coustdy of his biological children

2. The jurisdiction of this Court and Plaintiff rights to bring this action is founded under the Habeas Corpus and 42 U.S.C, 15483 (a) 8) 42 U.S.C. 1983, 1988 Fourteenth Amendment rights to due process and equal protection of law.

3. That on or about December 21, 2009, A.C.S Case Worker Teresa Johnson called Plaintiff into her office at 92-31 Union Hall Street in Jamaica Queens. Ms, Johnson treatned to take the children of Plaintiff if he didn't sign a removal form. Plaintiff signed the removal under duress. The children was removed into the cusyody of A.C.S.

4. On or about December 22, 2009 A.C.S. appeared in Famaily Court and recieved a court order to remand Plaintiff children to the City of New York. Plaintiff was ordered to attend parenting and domestic violencing classes. The Court ordered that Plaintiff could

only visit his children two hours three times a week with supervision. The Court also ordered that the children would be released to the Plaintiff on October 23, 2011.

5. On or about October 23, 2011 Plaintiff was dinied custody of his children in violation the Family Court order. The Judge of the Family Court also ordered Plaintiff to see a Psycologist.

6. On numerous occasions Plaintiff attended sessions with five different Psycologist who cleared him as fit to take custody of his children. To this date Plaintiff have been denied custody of his children.

7. On or about November 18, 2008 New York City Police Officer Gallerger and another officer entered my home without a warrant and arrested me. Plaintiff was not read his Maranda rights. Plaintiff was detained for twenty-one days on a prison boat.

8. On or about December 14 and 16, 2010, the mother of the children addimitted under oath that she lied to the police about any domestic violence and injuries. She lied to the police so that she could get a federal subsidised apartment..With this purgy the Court should have vacated its orders and Plaintiff restored his rights to custody of his children.

## FIRST CAUSE OF ACTION

That the Defendants violated Bishop Frank Best United State Fourth and Fifth amendment rights from illegal entry and arrest in his home and an arrest without reading the Maranda rights. A violation of the Eight amendment of the constitution to have a speedy trial. Plaintiff was detained Twenty-one days without seeing a judge.

## SECOND CAUSE OF ACTION

The Family Court arbitrary and capricious decision violated Plaintiff fourtheen amendment rights to due process under the law In Brown v. Vasquez, 952. F. 2d 1154, 1166 (9th Cir. 1991), Cert. denied, 112 S.Ct. 1778 (1992), the court osbereved that the Supreme Court has "recognized the fact that {t}he writ of habeas corpus is the fundamental instrument for safegarding instrument for safegarding individual freedom against arbitrary and lawless state action. "Harris v. Nelson, 394 U.S. 286, 290-91 (1969). " Therefore, the writ must be "administered with the initiative and flexibility essential to insure that miscarriages of justice within its reach are surfaced and corrected," Harris 394, U.S. at 291 The Writ of habeas corpus serves as an important check on the manner in which state courts pay respect to federal constitunal rights.

WHEREFORE, the Plaintiff is herein seeking the following remedies:

    A. That the Court Rule that the Defendants violated the Plaintiff Bishop Frank Best'Constitutional rights.

    B. That the Court restores custody of his children.

    C. That the court holds the Family Court rulings as Abrbitrary and capricious and that it violated his Fourteenth Amendment rights to due process

    D. That the Police Department of the City of New York violated his constitutional rights

    E. That the Plaintiff be paid damages and suffering in the sum of $5,000,00

    F. That the Plaintif be paid the costs of this action

Plaintiff further prays that this court order relief is as the intrest of justice may require

together with the costs and disbursement of this action.

Date 5/15/2013

Bishop Tank Best
131-19 Farmers Blvd
Springfield Garden
Queens N.Y. 11438
347-416-7138

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bishop Best
(List the name(s) of the plaintiff(s)/petitioner(s).)

12 Civ. 7874 (RJS)(SN)

- against -

**AFFIRMATION OF SERVICE**

New York City ACS, Lutheran Social Service, Episcopal Social Service, New York City Police Department and Teresa Johnson
(List the name(s) of the defendant(s)/respondent(s).)

I, (print your name) Bishop Frank Best, declare under penalty of perjury that I served a copy of the attached (list the names of the documents you served): On New York City Law Department

upon all other parties in this case by (state how you served the documents, for example, hand delivery, mail, overnight express) In Person to the following persons (list the names and addresses of the people you served): City of New York and other

on (date you served the document(s)) _____.

5/15/2013
Dated

Signature: Bishop Frank Best
Bishop Frank Best
Address: 136-19 Farmers Blvd
City, State: Queens New York
Zip: 11434
Telephone Number: 347-416-7138
E-Mail Address

Rev. 01/2013