USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/138/2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
**Bishop Frank BEST,**

                           **Plaintiff,**     12-CV-07874 (RJS)(SN)

        **-against-**     <u>ORDER</u>

**A.C.S., et al.,**

                          **Defendants.**
------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On August 21, 2013, the Court received a letter from *pro se* plaintiff Bishop Frank Best. The Court views this letter as Best's attempt to update the Court as to Family Court proceedings, as was requested during the March 21, 2013 Initial Pre-Trial Conference. For clarity's sake, the Court stresses that this letter will not be viewed as additional briefing on defendants' pending motions to dismiss. These motions are now fully briefed and, accordingly, the Court expects that defendants will promptly submit courtesy copies of the motion papers – in well-organized three ring binder(s) – as set forth in my Individual Rules of Practice.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
               August 26, 2013August 27, 2013

cc:        Bishop Frank Best
           131-19 Farmers Blvd
           Queens, NY 11434